McIver Rembert Feagin, Jr., )
)
    Plaintiff, )
)
v. ) Civil Action No. 1:10-2374-SB
)
Florence County Detention Center; )
Lt. Michael Brown; Officer Travis ) **ORDER**
Taylor; Officer Sharon Davis, )
)
    Defendants. )
_____ )

This matter is before the Court upon the pro se Plaintiff's complaint, which was filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On October 14, 2010, United States Magistrate Judge Shiva V. Hodges issued a report and recommendation ("R&R") analyzing the Plaintiff's complaint and recommending that the Court summarily dismiss the Florence County Detention Center from this action without prejudice and without issuance and service of process. Attached to the R&R was a notice advising the Plaintiff of the right to file specific, written objections to the R&R within 14 days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, there are no portions of the R&R to which the Court must conduct a de novo review. Accordingly, after review, the Court hereby adopts the Magistrate Judge's R&R

(Entry 13) as the Order of this Court, and it is

**ORDERED** that the Florence County Detention Center is dismissed from this action without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

_____
The Honorable Sol Blatt, Jr.
Senior United States District Judge

November 8, 2010
Charleston, South Carolina