IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| McIver Rembert Feagin, | ) | C/A No.: 1:10-2374-SB-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | REPORT AND RECOMMENDATION |
| Officer Travis Taylor; Officer Sharon Davis; and Lt Michael Brown, | ) ) | |
| | ) | |
| Defendants. | ) ) | |

Plaintiff, proceeding pro se and in forma pauperis, brought this action alleging violations of his constitutional rights pursuant to 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on April 28, 2011. [Entry #41]. As Plaintiff is proceeding *pro se*, the court entered an order on April 28, 2011, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advising him of the importance of a motion for summary judgment and of the need for him to file an adequate response. [Entry #42]. Plaintiff was specifically advised that if he failed to respond adequately, Defendants' motion may be granted, thereby ending this case. Notwithstanding the specific warning and instructions set forth in the court's *Roseboro* order, Plaintiff failed to respond to the motion.

On June 7, 2011, the court ordered Plaintiff to advise whether he wished to continue with the case by June 21, 2011. [Entry #46]. Plaintiff has filed no response. As such, it appears to the court that he does not oppose the motion and wishes to abandon this action. Based on the foregoing, the undersigned recommends this action be

dismissed with prejudice for failure to prosecute.  *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

    IT IS SO RECOMMENDED.

June 28, 2011                              Shiva V. Hodges
Florence, South Carolina            United States Magistrate Judge