IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC, CLERK, CHARLESTON, SC

2011 JUL 22 P 1: 25

| | |
|---|---|
| McIver Rembert Feagin, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Officer Travis Taylor; Officer Sharon )<br>Davis; and Lt. Michael Brown, )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 1:10-2374-SB<br><br>**ORDER** |



This matter is before the Court upon the Plaintiff's pro se complaint, filed pursuant to 42 U.S.C. § 1983. By local rule, the matter was referred to a United States Magistrate Judge for preliminary determinations.

On April 28, 2011, the Defendants filed a motion for summary judgment, and on the same day, the Magistrate Judge issued an order pursuant to Roseboro v. Garrison, 528 F.2d 309 (4th Cir. 1975), advising the Plaintiff of the summary judgment procedure and informing the Plaintiff of the need to respond to the Defendants' motion. When the Plaintiff failed to respond, the Magistrate Judge issued a second order on June 7, 2011, directing the Plaintiff to advise the Court whether he wished to proceed and to file a response to the Defendants' motion by June 21, 2011. The Plaintiff failed to file any response, and on June 28, 2011, the Magistrate Judge issued a report and recommendation ("R&R"), outlining the history and recommending that the Court dismiss the complaint with prejudice for failure to prosecute. Attached to the R&R was a notice advising the Plaintiff of his right to file specific, written objections to the R&R within fourteen days of the date of service of the R&R. To date, no objections have been filed.

Absent timely objection from a dissatisfied party, a district court is not required to review, under either a de novo or any other standard, a Magistrate Judge's factual or legal conclusions. Thomas v. Arn, 474 U.S. 140, 150 (1985); Wells v. Shriner's Hosp., 109 F.3d 198, 201 (4th Cir. 1997). Here, because the Plaintiff did not file any specific, written objections, the Court need not conduct a de novo review of any portion of the R&R. Accordingly, the Court hereby adopts the Magistrate Judge's R&R as the Order of this Court, and it is

**ORDERED** that the Plaintiff's complaint is dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**AND IT IS SO ORDERED.**

Sol Blatt, Jr.
Senior United States District Judge

July 22, 2011
Charleston, South Carolina